**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **OCEANA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**GINA M. RAIMONDO, in her official capacity as Secretary of the United States Department of Commerce, *et al.*,**<br><br>Defendants. | Case No. 17-cv-829 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [74] Plaintiff's Motion for Summary Judgment is DENIED.  It is further

**ORDERED** that [75] Defendants' Cross-Motion for Summary Judgment is GRANTED.

This is a final appealable Order.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   March 30, 2021